UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

Case No. 14-20383-2

Honorable Nancy G. Edmunds

v.

SYLVESTER BOSTON JR.,

    Defendant-Petitioner.
                                         /

**JUDGMENT**

For the reasons stated in the Court's opinion and order denying Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (ECF no. 374), Petitioner's motion is DENIED.

**SO ORDERED.**

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: January 12, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 12, 2021, by electronic and/or ordinary mail.

                                      s/Lisa Bartlett
                                      Case Manager